UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SAMUEL DUHAM-BEY,

    Plaintiff,                                          Case No. 1:09-cv-191

v                                               HON. JANET T. NEFF

CYNTHIA WEMPLE, et al.,

    Defendant.
_____/

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 29) are DENIED and the Report and Recommendation (Dkt 27) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of the Order would not be taken in good faith.


Date: January 25, 2010                                     /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                    United States District Judge